```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
       CIVIL DOCKET ENTRIES FOR CASE A05-0051--CV (RRB)
           "STATE FARM FIRE & CASUALTY CO V ZANE DOMAIKA"

         Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:
     Referral Rule:
             Filed: 03/08/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance
                    DECLARATORY RELIEF
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/08/05 receipt # 00125233
          Trial by: Jury
```

```
Parties of Record:                          Counsel of Record:

PLF 1.1         STATE FARM FIRE & CASUALTY CO    Rodney R. Sisson
                                                 Sisson Law Group PC
                                                 445 W. 9th Avenue
                                                 Anchorage, AK 99501
                                                 907-258-1991
                                                 FAX 907-258-9852

DEF 1.1         DOMAIKA, ZANE S.                 Charles W. Coe
                                                 Smith Coe et al
                                                 805 W. 3rd Avenue, Suite 100
                                                 Anchorage, AK 99501
                                                 907-276-6173
                                                 FAX 907-279-1884
```

```
                  UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0051--CV (RRB)
                        "STATE FARM FIRE & CASUALTY CO V ZANE DOMAIKA"

                                      For all filing dates


   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
   Magistrate Judge:
      Referral Rule:
             Filed: 03/08/05
            Closed: NO

      Jurisdiction: (4) Diversity (see citizenship of parties)
     PLF Diversity: (5) Incorporated and Principal Place of Business in Another State
     DEF Diversity: (1) Citizen of This State

    Nature of Suit: (110) Insurance
                    DECLARATORY RELIEF
            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $250.00 on 03/08/05 receipt # 00125233
          Trial by: Jury


 Document #   Filed      Docket text
 ──────────────────────────────────────────────────────────────────────────────────

     1 -   1  03/08/05   Complaint w/att exhs filed; Summons issued.

     2 -   1  04/08/05   DEF 1 Attorney Appearance of Charles Coe.

     3 -   1  04/08/05   DEF 1 Jury Demand.

     4 -   1  04/22/05   PLF 1 Return of Service Executed re: DEF 1 on 4/2/05.

     5 -   1  05/06/05   RRB Minute Order plf required to take action as to case not at issue.
                         Plf to require an answer or apply for default w/in 20 days.  cc: cnsl

     6 -   1  05/23/05   DEF 1 motion for an extension of time until 5/31/05 to file answer or
                         motion to dismiss w/att aff.

     7 -   1  05/24/05   PLF 1 non-opposition to DEF 1 motion for an extension of time until
                         5/31/05 to file answer or motion to dismiss (6-1).

     8 -   1  05/27/05   RRB Minute Order granting mot for an ext of time until 5/31/05 to file
                         ans or mot to dism (6-1). cc: cnsl

     9 -   1  05/31/05   DEF 1 motion to dismiss complaint for declaratory relief or in the
                         alternative mot to stay declaratory action pending resolution of state
                         court action w/att exhs

    10 -   1  05/31/05   DEF 1 Request for Oral Argument re: Motion to dismiss complaint for
                         declaratory relief or in the alternative motion to stay declaratory
                         action pending resolution of state court action (9-1).

    11 -   1  06/10/05   PLF 1 Unopposed motion for extension of time until 6/22/05 to opposition
                         to def's motion to dismiss.

    11 -   2  06/13/05   RRB Order granting unopposed motion for extension of time until 6/22/05
                         to opposition to mot to dismiss (11-1).  cc: cnsl

    12 -   1  06/22/05   PLF 1 opposition to Motion to dismiss complaint for declaratory relief
                         or in the alternative motion to stay declaratory action pending
                         resolution of state court action (9-1) w/att exhs.
```

```
                   UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                      CIVIL DOCKET ENTRIES FOR CASE A05-0051--CV (RRB)
                       "STATE FARM FIRE & CASUALTY CO V ZANE DOMAIKA"

                                      For all filing dates


Document #    Filed     Docket text

    12 -  2  06/22/05   PLF 1 motion in the alternative motion to stay declaratory action
                        pending resolution of State Court action.

    13 -  1  07/22/05   RRB Order denying motion to dismiss complaint for declaratory relief or
                        in the alternative mot (9-1), motion in the alternative motion to stay
                        declaratory action pending resolutio (12-2).  This matter shall proceed
                        in due course.  cc: cnsl

    14 -  1  09/23/05   RRB Minute Order re: case not at issue.  Plf to require an answer or
                        apply for default w/in 20 days.  cc: cnsl

    15 -  1  10/13/05   DEF 1 Answer to Complaint.

    16 -  1  10/13/05   DEF 1 Jury Demand.

    17 -  1  10/14/05   RRB Minute Order re: initial case stat rpt/case S&P; Rule 16(b) rpt is
                        due w/i 28 days from svc of this ord. cc: cnsl

    18 -  1  11/10/05   PLF 1 motion for summary judgment w/att memo & exhs.

    19 -  1  11/22/05   PLF 1; DEF 1 Report re: scheduling & planning conf.

    20 -  1  11/23/05   DEF 1 motion to extend time until 1/27/06 to file opposition to
                        plaintiff's motion for summary judgment w/att aff.
```

Case 3:05-cv-00051-RRB   Document 20   Filed 03/08/2005   Page 3 of 3