**FILED**

DEC 2 1 2005

UNITED STATES DISTRICT COURT
DISTRICT OF ALASKA
By _____ Deputy

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

<u>State Farm Fire and Casualty Company, an Illinois Corporation   v.   Zane S. Domaika</u>

THE HONORABLE RALPH R. BEISTLINE

LAW CLERK                                     CASE NO. <u>A05-0051 CV (RRB)</u>

<u>Marika Athens</u>                              DATE: December 21, 2005

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**
**GRANTING DEFENDANT'S MOTION TO EXTEND TIME**

Before the Court is Defendant Zane S. Domaika with a Motion to extend time to oppose the plaintiff's motion for summary judgment until January 27, 2006. Domaika argues that he needs the extra time because report disclosures will not be exchanged until January 6, 2006. Plaintiff State Farm Fire and Casualty Insurance opposes and argues that there are no issues of material fact, Domaika's counsel has access to the insurance agent and the agent's file, and such an extension will subject State Farm to undue prejudice. While the Court recognizes State Farm's frustrations with the delays in this case, the Court accepts that Domaika's counsel made this motion in good faith and needs the disclosures to address the motion for summary judgment. After thoroughly reviewing all the material before it, the Court hereby **GRANTS** Defendant's Motion. (Clerk's Docket No. 20). However, this is the last extension that the Court will grant.

ORDER GRANTING DEFENDANT'S MOTION
A05-0051--CV (RRB)

R. SISSON
C. COE (COE)