Rod R. Sisson
Sisson Law Group, P.C.
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| STATE FARM FIRE AND CASUALTY COMPANY, an Illinois Corporation,<br><br>            Plaintiff,<br><br>    v.<br><br>ZANE S. DOMAIKA,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. A05-051 CV (RRB) |

### STIPULATION OF DISMISSAL

Plaintiff State Farm Fire and Casualty Company ("State Farm"), by and through its counsel of record, Sisson Law Group, P.C., and defendant Zane S. Domaika ("Domaika"), by and through his counsel of record Charles W. Coe, hereby stipulate to dismiss this action pursuant to Fed. R. Civ. P. 41(a)(1)(ii).

This is a declaratory relief action by State Farm to determine whether a State Farm insurance policy provides coverage to Domaika for claims raised against him by Randall Cox regarding a December 5, 2003 automobile accident in Palmer, Alaska. However, as the attached documentation* from the

---

\* Ex. A, Stipulation for Dismissal with Prejudice; Ex. B, Stipulation for Dismissal with Prejudice of Claims of the State of Alaska.



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

accident litigation before the Superior Court for the State of Alaska demonstrates, Cox's claims have now been settled. State Farm defended Domaika in that action under a reservation of rights and settled Cox's claims against Domaika.

Therefore, because the underlying controversy has now been resolved, State Farm and Domaika hereby stipulate and agree to dismiss this action with prejudice, with each side to bear its own costs and fees.

DATED in Anchorage, Alaska, this 9th day of January 2006.

SISSON LAW GROUP, P.C.<br/>
Attorney for Plaintiff<br/>
State Farm Fire & Casualty<br/><br/>
_____<br/>
Rod R. Sisson

DATED in Anchorage, Alaska, this 9th day of January 2006.

_____<br/>
Charles W. Coe<br/>
Attorney for Zane S. Domaika

Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 telephone
(907) 258-9852 facsimile

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on this 9th day of January, 2006, I caused a true and correct copy of the foregoing to be served by first class mail, postage prepaid/ hand delivery on the following:

Charles W. Coe
805 West 3rd Avenue, Suite 100
Anchorage, AK 99501

_____
Tessa Holcomb



Sisson Law Group, P.C.
445 West Ninth Avenue
Anchorage, Alaska 99501
(907) 258-1991 *telephone*
(907) 258-9852 *facsimile*

-3-