IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

RANDALL COX, )
)
        Plaintiff, )
)
v. )
)
ZANE DOMAIKA, )
)
        Defendant. )
_____ )
)
v. )
)
STATE OF ALASKA, )
DEPARTMENT OF HEALTH )
AND SOCIAL SERVICES, )
)
        Third-party )
        Defendant. )  Case No. 3PA-04-308 CI
_____ )

## STIPULATION FOR DISMISSAL WITH PREJUDICE

        It is hereby stipulated and agreed by and between Defendant, ZANE

DOMAIKA, Plaintiff, Randall Cox and Third Party Defendant, STATE OF

ALASKA, through their undersigned counsel, and pursuant to Rule 41(a) of the

Alaska Rules of Civil Procedure, that all claims that were or could have been brought

in the captioned matter by the Plaintiff, Randall Cox and State of Alaska against the

Defendant Zane Domaika be dismissed with prejudice, each party to bear its own

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

costs and attorney's fees on the ground and for the reason that all issues raised herein

have been fully compromised and settled.

The settlement information required under AS.09.68.130 and Rule

41(a) will be submitted to the Alaska Judicial Council within thirty (30) days.

DAVID W. MARQUEZ
Attorney General

12/30/05
_____
Date

By: _____
Timothy M. Twomey
Assistant Attorney General
Attorney for the State of
Alaska, Department of
Health and Social Services

12-30-05
_____
Date

_____
STEVEN D. SMITH
Attorney for Plaintiff
Randall Cox

1/4/05
_____
Date

_____
CHARLES W. COE
Attorney for Defendant
Zane Domaika

## ORDER

IT IS HEREBY ORDERED that:

Based on the Stipulation between Zane Domaika, Randall Cox, and

the State of Alaska Department of Health and Social Services, all claims and causes

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

of action between these parties in the above-captioned case are dismissed with

prejudice, each party to bear its own costs and attorney fees.


_____                              _____
Date                                              SUPERIOR COURT JUDGE

I certify that on ~~December 30, 2005,~~ *January 4, 2006,*
I served a copy of the foregoing
by Hand Delivery upon:

Steven D. Smith PC
1029 W 3rd Avenue, Suite #250
Anchorage, Alaska 99501

Tim Twomey
Assistant Attorney General
1031 W 4th Avenue, Suite #200
Anchorage, Alaska 99501

*C.W. Coe*
_____

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173