IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT PALMER

RANDALL COX, )
)
     Plaintiff, )
)
v. )
)
ZANE DOMAIKA, )
)
     Defendant. )
_____)
)
v. )
)
STATE OF ALASKA, )
DEPARTMENT OF HEALTH )
AND SOCIAL SERVICES, )
)
     Third-party )
     Defendant. ) Case No. 3PA-04-308 CI
_____)

### STIPULATION FOR DISMISSAL WITH PREJUDICE
### OF CLAIMS OF THE STATE OF ALASKA

It is hereby stipulated and agreed by and between Defendant, ZANE DOMAIKA, and Third Party Defendant, STATE OF ALASKA, through their undersigned counsel, and pursuant to Rule 41(a) of the Alaska Rules of Civil Procedure, that all claims that were or could have been brought in the captioned matter by the State of Alaska against the Defendant Zane Domaika be dismissed with prejudice, each party to bear its own costs and attorney's fees on the ground and for the reason that all issues raised herein have been fully compromised and settled.

*Cox v. Domaika v. State of Alaska*, Case No. 3PA-04 308 Civil
Stipulation and Order for Dismissal

Page 1 of 3

EXHIBIT B Page 1 of 3

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

The settlement information required under AS 09.68.130 and Rule 41(a) will be submitted to the Alaska Judicial Council within thirty (30) days.

DAVID W. MARQUEZ
Attorney General

12/30/05
Date

By: *[signature]*
Timothy M. Twomey
Assistant Attorney General
Attorney for the State of
Alaska, Department of
Health and Social Services

12/22/05
Date

*[signature]*
CHARLES W. COE
Attorney for Defendant
Zane Domaika

## ORDER

IT IS HEREBY ORDERED that:

Based on the Stipulation between Zane Domaika and the State of Alaska Department of Health and Social Services, all claims and causes of action between these parties in the above-captioned case are dismissed with prejudice, each party to bear its own costs and attorney fees.

_____
Date

_____
SUPERIOR COURT JUDGE

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

Cox v. Domaika v. State of Alaska, Case No. 3PA-04 308 Civil
Stipulation and Order for Dismissal
Page 2 of 3

EXHIBIT B Page 2 of 3

I certify that on January 4, 2006,
I served a copy of the foregoing
by U.S. Mail upon:

Steven D. Smith PC
1029 W 3rd Avenue, Suite #250
Anchorage, Alaska 99501

Tim Twomey
Assistant Attorney General
1031 W 4th Avenue, Suite #200
Anchorage, Alaska 99501

*[signature]*

CHARLES W. COE
ATTORNEY AT LAW
805 W. 3RD AVENUE, SUITE 100
ANCHORAGE, ALASKA 99501
(907) 276-6173

*Cox v. Domaika v. State of Alaska*, Case No. 3PA-04 308 Civil
Stipulation and Order for Dismissal

Page 3 of 3

EXHIBIT B Page 3 of 3